In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00031-CV**
_____

**IN THE INTEREST OF C.H. AND B.C.**

_____

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 19-05-06925-CV**
_____

**MEMORANDUM OPINION**

The unknown father, acting through court-appointed counsel, filed a motion to dismiss the unknown father's appeal.[1] The attorney appointed by the trial court to

_____

[1]We note that, in the final judgment, the trial court found that T.C. is the father of same child the Department alleged in its pleadings is unknown. However, the judgment the trial court signed treats the unknown father and T.C. as different individuals even though both were alleged to have fathered B.C. T.C., whom the trial court found by clear and convincing evidence is B.C.'s father, did not file a notice of appeal. Therefore, given the manner the trial court handled the matter, we will assume the attorney appointed to represent the unknown father filed the motion to dismiss the unknown father's appeal solely on behalf of the unknown father and not also for T.C.

1

represent the unknown father filed the motion to dismiss before this Court decided any issue in the appeal. *See* Tex. R. App. P. 42.1(a)(1).

We grant the motion and dismiss the unknown father's appeal. As to A.C., the mother of the children affected by the trial court's order, the appeal will continue.

APPEAL DISMISSED IN PART.

PER CURIAM

Submitted on May 11, 2021
Opinion Delivered June 24, 2021

Before Golemon, C.J., Kreger and Horton, JJ.

2